UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| COREY ROBINSON | § |
| | § |
| v. | §   CIVIL CASE NO. 4:22-CV-16 |
| | § |
| PENNYMAC LOAN SERVICES, LLC | § |

**MEMORANDUM ADOPTING THE REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On November 16, 2022, the Report of the Magistrate Judge, (Dkt. #23), was entered containing proposed findings of fact and recommendation that PennyMac Loan Services, LLC's Motion for Judgment on the Pleadings, (Dkt. #12), be granted. Having assessed the Report, and no objections thereto having been timely filed, the Court determines that the Magistrate Judge's Report should be adopted.

It is therefore **ORDERED** that PennyMac Loan Services, LLC's Motion for Judgment on the Pleadings, (Dkt. #12), is **GRANTED**. Plaintiff Corey Robinson's claims are **DISMISSED WITH PREJUDICE**.

**So ORDERED and SIGNED this 19th day of December, 2022.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE