UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| COREY ROBINSON | § |
| | § |
| v. | § CIVIL CASE NO. 4:22-CV-16 |
| | § |
| PENNYMAC LOAN SERVICES, LLC | § |

**FINAL JUDGMENT**

Pursuant to the Court's Memorandum Adopting the Report and Recommendation of the United States Magistrate Judge, resulting in the dismissal of Plaintiff's claims, the Court hereby issues its Final Judgment, effective upon entry.

It is therefore **ORDERED** that Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

All relief not previously granted is hereby denied.

**So ORDERED and SIGNED this 19th day of December, 2022.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE